```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 06329
   LORETTA T RICKETTS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-1219


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 03/17/2008 and was confirmed 05/12/2008.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors 100.00%.

       The case was dismissed after confirmation 11/10/2008.
--------------------------------------------------------------------------------
    CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                   PAID          PAID
--------------------------------------------------------------------------------
    T MOBILE                UNSEC W/INTER NOT FILED              .00             .00
    HSBC                    UNSEC W/INTER    394.11              .00             .00
    ILLINOIS BONE & JOINT   UNSEC W/INTER NOT FILED              .00             .00
    SEARS DENTAL            UNSEC W/INTER NOT FILED              .00             .00
    JEFFERSON CAPITAL SYSTEM UNSEC W/INTER    741.68             .00             .00
    JEFFERSON CAPITAL SYSTEM UNSEC W/INTER    792.22             .00             .00
    PEOPLES GAS LIGHT & COKE UNSEC W/INTER    982.57             .00             .00
    CITI RESIDENTIAL LENDING CURRENT MORTG      .00              .00             .00
    CITI RESIDENTIAL LENDING MORTGAGE ARRE      .00              .00             .00
    COOK COUNTY TREASURER   SECURED          1357.00             .00             .00
    ERNESTO D BORGES JR     UNSEC W/INTER    890.11              .00             .00
    NATIONAL CAPITAL MANAGEM UNSEC W/INTER   158.41              .00             .00
    ROUNDUP FUNDING LLC     UNSEC W/INTER    913.39              .00             .00
    ROBERT J SEMRAD & ASSOC DEBTOR ATTY     3,464.00                          3,237.13
    TOM VAUGHN              TRUSTEE                                             276.22
    DEBTOR REFUND           REFUND                                              605.75

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
    TRUSTEE              4,119.10

    PRIORITY                                       .00
    SECURED                                        .00
    UNSECURED                                      .00
    ADMINISTRATIVE                              3,237.13
    TRUSTEE COMPENSATION                          276.22
    DEBTOR REFUND                                 605.75
                         --------------       --------------
    TOTALS               4,119.10              4,119.10

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 06329 LORETTA T RICKETTS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                                       /s/ Tom Vaughn

Dated: 02/24/09                                  _____
                                                      TOM VAUGHN
                                                      CHAPTER 13 TRUSTEE